IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAWN GOVER,

    Petitioner,

v.                                  Civil Action No. 3:17CV571

MR. D. HUNTER,

    Respondent.

## MEMORANDUM OPINION

Shawn Gover, proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2017, the United States Postal Service returned an October 11, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Gover has not contacted the Court to provide a current address. Gover's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Gover.

An appropriate Order shall issue.

                                       /s/    REP
                                Robert E. Payne
Date: November 26, 2017    Senior United States District Judge
Richmond, Virginia